# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA - Yuma

### MAGISTRATE JUDGE'S MINUTES

DATE: 8/18/2008     CASE NUMBER: 08-16030M-001 - SD

USA vs. Mayra Alejandra Zepeda

U.S. MAGISTRATE JUDGE: JAY R. IRWIN  #: 70BK

A.U.S. Attorney  None Present             INTERPRETER _____
                                          LANGUAGE  English
Attorney for Defendant Gregory T. Torok (Appointed CJA)
MATERIAL WITNESS(es): 1-Joel Flores-Chamorro 2-Noel Astorga-Mendosa 3-Juan Antonio Macias-Gallo

MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): None Present

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY

DOA 8/15/08            ☒ Initial Appearance           ☒ Appointment of counsel hearing held
☒ Financial Afdvt taken ☒ Defendant Sworn             ☐ Financial Afdvt sealed
☐ Rule 5(c)(3)          ☐ Defendant states true name to be ___. Further proceedings ORDERED
                           in Defendant's true name.

| DETENTION HEARING:<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>Set for:<br>Before:<br>☐ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☒ Defendant ordered released  Personal recognizance<br>☐ Defendant continued detained pending trial | IDENTITY HEARING:<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br><br>☐ Warrant of removal issued. |
|---|---|
| PRELIMINARY HEARING:<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for: 9/2/08 at 1:30 p.m.<br>Before: Magistrate Judge Peter C.Lewis - El Centro<br>☐ Probable cause found  ☐ Dismissed<br>☐ Held to answer before District Court | STATUS HEARING: re: _____<br>☐ Held ☐ Con't ☐ Reset<br>Set for:<br>Before: |

Other: Defendant: First appearance and appointment of counsel hearing set for 8/25/08 at 10:30 a.m. before Magistrate Judge Peter C. Lewis in El Centro, California. Material Witnesses: Are initialed and ordered temporarily detained. First Appearance and appointment of counsel hearing is set for 8/27/08 at 10:30 a.m. before Magistrate Judge Peter C. Lewis.

Recorded by Courtsmart (IA: 8 Min)
BY: Jocelyn M. Arviso
Deputy Clerk